HD

USDC- BALTIMORE
'24 SEP 20 AM 11:21

Rcv'd by: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Charles Fenner on behalf<br>Baltimore Police Emergency Dispatch<br>& other similarly situated plaintiffs<br><br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br><br>    **-against-**<br><br>Mayor & City Council Baltimore<br>Baltimore Police Department<br><br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | **Complaint for a Civil Case**<br><br>Case No. ___JRR 24 CV 2714___<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial:  ■ Yes  ☐ No<br>    *(check one)* |

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Charles Fenner |
| Street Address | 3308 Fairview Ave B |
| City and County | Baltimore |
| State and Zip Code | Maryland 21216 |
| Telephone Number | |
| E-mail Address | mr.lamont.f@gmail,com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Baltimore Police Department |
| Job or Title (if known) | |
| Street Address | 100 N. Holliday St |
| City and County | Baltimore |
| State and Zip Code | Maryland,  21201. |
| Telephone Number | |
| E-mail Address (if known) | |

**I.**     **The Parties to This Complaint**

**A.**     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

|  |  |
|---|---|
| Name | Minuet Bradby |
| Street Address | 3411 Barkley Woods Rd |
| City and County | Windsor Mill MD |
| State and Zip Code | Maryland 21244 |
| Telephone Number | 443-802-5151 |
| E-mail Address | minuetbo008@yahoo.com |

**B.**     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

|  |  |
|---|---|
| Name | **Baltimore Police Department** |
| Job or Title (if known) | |
| Street Address | **601 E. Fayette St** |
| City and County | **Baltimore City** |
| State and Zip Code | **MD, 21201** |
| Telephone Number | |
| E-mail Address (if known) | |

2

I.

## The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | HEIDI BOYD |
| Street Address | 118 N. HOWARD ST. Apt 506 |
| City and County | BALTIMORE, MARYLAND |
| State and Zip Code | MARYLAND 21201 |
| Telephone Number | 443-766-8162 |
| E-mail Address | SUNSHINEZEBRA.HH@GMAIL.COM |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | **Baltimore Police Department** |
| Job or Title (if known) | EMERGENCY DISPATCHER |
| Street Address | **601 E. Fayette St** |
| City and County | **Baltimore City** |
| State and Zip Code | **MD, 21201** |
| Telephone Number | |
| E-mail Address (if known) | |

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                    Jenise Brown
Street Address          5104 Eugene Ave
City and County         Baltimore
State and Zip Code      Md. 21206
Telephone Number        443 825 5725
E-mail Address          jenise-brown90@yahoo.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name                    Baltimore Police Department
Job or Title
(if known)
Street Address          601 E. Fayette St
City and County         Baltimore City
State and Zip Code      MD, 21201
Telephone Number
E-mail Address
(if known)

**I.**    **The Parties to This Complaint**

**A.**    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Jeanne Burrell |
| Street Address | 6957 Blanche. Rd |
| City and County | |
| State and Zip Code | Baltimore MD 21215 |
| Telephone Number | 443-226-1627 |
| E-mail Address | JBurrell304@gmail.com |

**B.**    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | **Baltimore Police Department** |
| Job or Title (if known) | Emergency Dispatcher |
| Street Address | **601 E. Fayette St** |
| City and County | **Baltimore City** |
| State and Zip Code | **MD, 21201** |
| Telephone Number | 443-226-1627 |
| E-mail Address (if known) | |

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _Daryl Dinkins_

Street Address _3204 old post Dr Apt 1_

City and County _Pikesville_

State and Zip Code _MD_

Telephone Number _443-435-6184_

E-mail Address _ddinkinsdaddy @ Gmail con_

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name **Baltimore Police Department**

Job or Title
(if known) _____

Street Address **601 E. Fayette St**

City and County **Baltimore City**

State and Zip Code **MD, 21201**

Telephone Number _____

E-mail Address
(if known) _____

2

**I.**    **The Parties to This Complaint**

**A.**    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | *Dominick    Dix* |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | *410 - 979 - 7968* |
| E-mail Address | *DDix0707@gmail.com* |

**B.**    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | **Baltimore Police Department** |
| Job or Title (if known) | |
| Street Address | **601 E. Fayette St** |
| City and County | **Baltimore City** |
| State and Zip Code | **MD, 21201** |
| Telephone Number | |
| E-mail Address (if known) | |

2

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                  Derrick. Evans
Street Address        9 Cherry wood ct
City and County       Essex, MD 21221
State and Zip Code    MD, Mary land 21221
Telephone Number      443 - 928 - 7616
E-mail Address        Dekg9.9@gmail.com

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name                          **Baltimore Police Department**

Job or Title
(if known)

Street Address                **601 E. Fayette St**

City and County               **Baltimore City**

State and Zip Code            **MD, 21201**

Telephone Number

E-mail Address
(if known)

**I.**    **The Parties to This Complaint**

**A.**    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name  *CHRISTOPHEN GRAHAM*

Street Address  _____

City and County  _____

State and Zip Code  _____

Telephone Number  *410-225-6495*

E-mail Address  *Chrisndarce.11@yahoo.Com*

**B.**    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name  **Baltimore Police Department**

Job or Title
(if known)  _____

Street Address  **601 E. Fayette St**

City and County  **Baltimore City**

State and Zip Code  **MD, 21201**

Telephone Number  _____

E-mail Address
(if known)  _____

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Keyana Griffin |
| Street Address | 3711 Yosemite Avenue |
| City and County | Baltimore City |
| State and Zip Code | Maryland  21215 |
| Telephone Number | 448-248-2910 |
| E-mail Address | Kiakey@msn.com. |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | **Baltimore Police Department** |
| Job or Title (if known) | |
| Street Address | 601 E. Fayette St |
| City and County | Baltimore City |
| State and Zip Code | MD, 21201 |
| Telephone Number | |
| E-mail Address (if known) | |

2

**I.**    **The Parties to This Complaint**

**A.**    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Tracy Hall |
| Street Address | 1506 Gleneagle Rd |
| City and County | Baltimore |
| State and Zip Code | Maryland |
| Telephone Number | 443-600-1980 |
| E-mail Address | SunnyKGAb9@Gmail.com |

**B.**    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | **Baltimore Police Department** |
| Job or Title (if known) | |
| Street Address | **601 E. Fayette St** |
| City and County | **Baltimore City** |
| State and Zip Code | **MD, 21201** |
| Telephone Number | |
| E-mail Address (if known) | |

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Quantina Jones |
| Street Address | 1007 Argyle Ave |
| City and County | Baltimore MD |
| State and Zip Code | MD 21201 |
| Telephone Number | 443 642 1323 |
| E-mail Address | Quantina.jones@baltimorecity.gov |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | **Baltimore Police Department** |
| Job or Title (if known) | |
| Street Address | **601 E. Fayette St** |
| City and County | **Baltimore City** |
| State and Zip Code | **MD, 21201** |
| Telephone Number | |
| E-mail Address (if known) | |

2

**I.**  **The Parties to This Complaint**

**A.**  **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Teara Long |
| Street Address | ~~(redacted)~~ |
| City and County | ~~(redacted)~~ |
| State and Zip Code | ~~(redacted)~~ |
| Telephone Number | |
| E-mail Address | keyonna6510@gmail.com |

**B.**  **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | **Baltimore Police Department** |
| Job or Title (if known) | |
| Street Address | **601 E. Fayette St** |
| City and County | **Baltimore City** |
| State and Zip Code | **MD, 21201** |
| Telephone Number | |
| E-mail Address (if known) | |

2

**I.**    **The Parties to This Complaint**

**A.**    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | *Robert Lewis* |
| Street Address | |
| City and County | |
| State and Zip Code | *Maryland* |
| Telephone Number | *413-572-1293* |
| E-mail Address | *scott@yahoo.com    Scold333@yahoo.com* |

**B.**    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | **Baltimore Police Department** |
| Job or Title (if known) | |
| Street Address | **601 E. Fayette St** |
| City and County | **Baltimore City** |
| State and Zip Code | **MD, 21201** |
| Telephone Number | |
| E-mail Address (if known) | |

2

**I.**    **The Parties to This Complaint**

**A.**    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                       _Mobutu Ali Longshore_

Street Address            _5307 Remmell Ave_

City and County           _Balto_

State and Zip Code        _MD    21206_

Telephone Number          _410 635-9048_

E-mail Address            ~~Amumqumumqumqumumqum~~

_Mobutu.Longshore @ baltimore police.org_

**B.**    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name                      **Baltimore Police Department**

Job or Title
(if known)

Street Address            **601 E. Fayette St**

City and County           **Baltimore City**

State and Zip Code        **MD, 21201**

Telephone Number

E-mail Address
(if known)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Tijuana McKoy |
| Street Address | 1802 N. Montford Ave |
| City and County | Baltimore City |
| State and Zip Code | MD, 21216   21213 |
| Telephone Number | 443-682-4701 |
| E-mail Address | Tijuanamckoy@yahoo.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | **Baltimore Police Department** |
| Job or Title (if known) | |
| Street Address | 601 E. Fayette St |
| City and County | Baltimore City |
| State and Zip Code | MD, 21201 |
| Telephone Number | |
| E-mail Address (if known) | |

2

**I.**    **The Parties to This Complaint**

**A.**    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                    Tyrese Moore

Street Address          27a mc Kewin Ave

City and County         Baltimore md 21218

State and Zip Code

Telephone Number        667 261 3601

E-mail Address          reese3569@gmAiL.com

**B.**    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name                    **Baltimore Police Department**

Job or Title
(if known)

Street Address          **601 E. Fayette St**

City and County         **Baltimore City**

State and Zip Code      **MD, 21201**

Telephone Number

E-mail Address
(if known)

2

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _Toree Oliver_

Street Address _35 Esperanza Ct_

City and County _Pikesville, MD 21208_

State and Zip Code _Maryland, 21208_

Telephone Number _443-760-2192_

E-mail Address _lovelylady7891@gmail.com_

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name              **Baltimore Police Department**

Job or Title
(if known)

Street Address    601 E. Fayette St

City and County   Baltimore City

State and Zip Code MD, 21201

Telephone Number

E-mail Address
(if known)

2

**I.**   **The Parties to This Complaint**

**A.**   **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name              *KELLYE Rawlings*
Street Address    *2122 NORTHLAND RD*
City and County   *Gwynn Oak, MD*
State and Zip Code *MARYLAND 21207*
Telephone Number  *410 913 1835*
E-mail Address    *bnitabug @ gmail. com*

**B.**   **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name              **Baltimore Police Department**
Job or Title
(if known)
Street Address    **601 E. Fayette St**
City and County   **Baltimore City**
State and Zip Code **MD, 21201**
Telephone Number
E-mail Address
(if known)

2

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach
additional pages if needed.

Name _Robin Reed_

Street Address _202 Cork Lane Apt 102_

City and County _Reisterstown Md Baltimore_

State and Zip Code _MD 1215 21136_

Telephone Number _410  868  0045_

E-mail Address _Robinreed37@Yahoo.com_

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint,
whether the defendant is an individual, a government agency, an organization, or
a corporation.  For an individual defendant, include the person's job or title (if
known).  Attach additional pages if needed.

Defendant No. 1

Name **Baltimore Police Department**

Job or Title
(if known) _____

Street Address **601 E. Fayette St**

City and County **Baltimore City**

State and Zip Code **MD, 21201**

Telephone Number _____

E-mail Address
(if known) _____

**I.**     **The Parties to This Complaint**

**A.**     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Chanae Rodgers |
| Street Address | 3900 Fords Lane |
| City and County | Baltimore City |
| State and Zip Code | MD, 21215 |
| Telephone Number | 443-226-0733 |
| E-mail Address | Chanae09@gmail.com |

**B.**     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | **Baltimore Police Department** |
| Job or Title (if known) | |
| Street Address | **601 E. Fayette St** |
| City and County | **Baltimore City** |
| State and Zip Code | **MD, 21201** |
| Telephone Number | |
| E-mail Address (if known) | |

2

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Sheena Scott |
| Street Address | 3002 Orlando Ave |
| City and County | Baltimore MD 21234 |
| State and Zip Code | Maryland 21234 |
| Telephone Number | 443-991-1938 |
| E-mail Address | Shesheluvs2@gmail.com |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Baltimore Police Department |
| Job or Title (if known) | |
| Street Address | 601 E. Fayette St |
| City and County | Baltimore City |
| State and Zip Code | MD, 21201 |
| Telephone Number | |
| E-mail Address (if known) | |

2

**I.**   **The Parties to This Complaint**

**A.**   **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Markita Smith |
| Street Address | 138 W Hamburg St. |
| City and County | Baltimore, |
| State and Zip Code | Maryland 21230 |
| Telephone Number | 443 841-6864 |
| E-mail Address | markitasmi@gmail.com |

**B.**   **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | **Baltimore Police Department** |
| Job or Title (if known) | |
| Street Address | **601 E. Fayette St** |
| City and County | **Baltimore City** |
| State and Zip Code | **MD, 21201** |
| Telephone Number | |
| E-mail Address (if known) | |

**I.**    **The Parties to This Complaint**

**A.**    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name — DIKESHA D. WOMACK

Street Address — 301 Poplar Ridge Ct. Apt. 31

City and County — Baltimore

State and Zip Code — MD, 21117

Telephone Number — 410-240-4370

E-mail Address — bullshiz78@yahoo.com

**B.**    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name — **Baltimore Police Department**

Job or Title (if known) —

Street Address — **601 E. Fayette St**

City and County — **Baltimore City**

State and Zip Code — **MD, 21201**

Telephone Number —

E-mail Address (if known) —

2

Defendant No. 2

| | |
|---|---|
| Name | **Mayor & City Council for Baltimore** |
| Job or Title (if known) | |
| Street Address | **100 N. Holliday St** |
| City and County | **Baltimore** |
| State and Zip Code | **Marylanad, 21201.** |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

INTRODUCTION

Plaintiffs and those similarly situated bring this action for violations of the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. (FLSA), and Code of Federal Regulations, 29 C.F.R 778.41. Plaintiffs assert that Defendants failed to fully compensate them for all hours of overtime worked, in violation of the aforementioned laws.

The civilian men and women who work for the Baltimore Police Department as Emergency Dispatchers, and other similarly situated employees, work tirelessly to assist in keeping Baltimore safe. Emergency Dispatchers specifically assist in keeping the sworn men and women of the Baltimore Police Department safe while responding to calls for service. They act as a bridge that connects millions of calls for service from citizens to Fire/EMS, and other federal, state, or local agencies. At any given moment, Emergency Dispatchers are faced with dispatching calls for service, making split-second decisions, and working with limited manpower, all for the love of helping others and serving the community.

Plaintiffs voluntarily work many hours of overtime and simply ask to be compensated for all overtime hours worked at the correct rate of time and one-half, in accordance with all applicable laws.

Plaintiffs have attempted both formally and informally to notify not only CUB 800 Local AFT AFL-CIO, regarding overtime error calculations and labor law violations (Exhibit F of correspondence to various parties), but also the

1

defendants, through various means such as email and phone calls to various agency and department heads, including the comptroller's office. Plaintiffs have sought outside counsel and contacted the Department of Labor, all to no avail. Plaintiffs were either ignored or brushed off.

Plaintiffs were unable to exhaust all administrative remedies because they were not taken seriously.  Plaintiffs assert that the Defendants' actions are willful, continuous and deliberate.

Plaintiffs assert that there are three Memorandums of Understanding (MOUs) that are central to plaintiffs and other similarly situated employees claims and who are covered under the agreement between the City Union of Baltimore and the Defendants. These MOUs, attached hereto as Exhibits A, B, and C, apply to Unit 1 non-supervisory employees and cover the following Baltimore City Police Department Lab Division, Crime Lab Tech I and II, Crime Lab Photographer, and Forensic Scientist I, Department of Public Works, Operations Tech Supervisor I (water treatment) Maintenance Tech Supervisor I, Painter Supervisor and Instrumentation Tec II. Baltimore City Health Department Animal Enforcement Officer, Medical lab Tech and Dental Assistant. Department of Transportation, Transportation Enforcement Officer, Parking Control Agent and a few others.

Plaintiffs believe all MOUs are in full force and effect with slight changes to past and current contract. All MOUs include the same shift descriptions, rates of pay, wage increases and encompasses other provisions that distinguishing between other employees who may work in the same or different agencies. Despite plaintiffs being divided by title and agency, Defendants' FLSA violations impact all employees in the same manner.

2

Factual Allegations Common to All Counts

Plaintiffs use Emergency Dispatcher Fenner earnings statement to illustrate the allegations raised against defendants for all plaintiffs who receive and continue to receive overtime pay in accordance with the MOUs (Exhibits A, B, and C). See time clock statement and earning statement (exhibits D and E). Plaintiffs allege that the same calculations apply to all other plaintiffs who have worked and continue to work overtime.

The following language included in the MOUs defines the rate of pay, hours worked, overtime and other job benefits that employees are entitled to:

1. Overtime Compensation

   • All hours worked in excess of forty (40) hours scheduled with a work week shall be considered overtime. Non-exempt employees shall be compensated at the rate of one and one-half times their normal straight time rate of pay. All paid leave shall be counted as hours worked in the computation of overtime. The straight time rate shall be based upon the employee's annual salary divided by 1906.

   • Employees in the Police Department, except for those assigned to the Communications Section, shall receive cash payment or compensatory time for overtimed worked.

   • The overtime rate of pay for all hours worked on the seventh consecutive day worked in a regular work week shall be at the rate of two (2) times the normal straight time rate of pay.

   • All regular classified employees as well as all shift employees, shall work a regular workday of eight (8) consecutive hours including a 40- minute duty-free unpaid lunch within each 24-hour

3

period, totaling 40 hours per week. A work shift shall consist of 8
consecutive hours, including a 40- minute minimum duty-free
unpaid lunch period. In the case of Police Department employees
may be required to work more than one shift in a twenty-four-hour
period to accommodate routine shift rotations.

- A 3% across-the-board wage increase effective July 1, 2019, and a
  2% across-the-board wage increase effective July1, 2020.

- Employees regularly assigned to night shift work shall be paid
  $0.30 per hour above their established pay rate for each hour
  worked on a shift which commences between 2 PM and 5AM. This
  provision shall not apply to employees whose emergency
  assignments start or carry into the above-named periods. When
  applicable, the night differential shall be paid at the appropriate
  overtime rate.

- An employee not regularly assigned to the night shift but who
  works overtime into the night shift shall receive the night
  differential for all overtime hours worked into the night shift in
  excess of ten hours in a given bi-weekly payroll period. This
  differential shall be paid at the rate of $0.30 per hour at time and
  one-half.

- An employee who works overtime extending into the night shift
  shall be paid the night differential of $ 0.30 at time and one-half
  that rate if they work the entire night shift, regardless of the total
  number of hours worked within the given payroll period.

Differences in MOUs (Exhibits B and C):

4

- Exhibit B- Article 11 includes a 3.5% across-the-board wage increase followed by a 1% increase retroactive to July2021.
- Section D- Shift differential changed to $ 0.50 per hour in addition to $ 0.30 at time and one half for overtime once requirements are met.
- Exhibit C- A 4% across-the-board wage increase retroactive to July 2023, and another 4% increase effective July 2024. Shift differential of $ 0.50 per hour in addition to $ 0.30 at time and one-half for overtime once requirements are met.

Plaintiffs specifically Emergency Dispatchers work three shifts: 2 PM to 10 PM, 10 PM to 6 AM, and 6 AM to 2 PM. Using Emergency Dispatcher Fenner who is assigned to the 10 PM to 6 AM shift but also works overtime on the 2 PM to 10 PM shift. (Exhibits D and E yearly samples). As shown in Exhibits D and E there are clear discrepancies with respect to the hours worked vs hours paid and at what rate vs what the MOUs state.

Plaintiffs' illustrations are common of similarly situated employees who voluntary work those shifts/hours and that the correct shift differential or compensation was not applied at the correct rate. Plaintiffs believe that due to these errors, and miscalculations it affected they salary in whole or part and other benefits it encompasses.

Plaintiffs claim Defendants do/did have available remedies and solutions concerning payroll however plaintiffs contend that it was often not worth the hassle and difficult to navigate because it seemed to always be someone's else's job or department contact someone about payroll issues. These include long delays for compensation, incorrect compensation, or no compensation in some cases leading

5

to extreme frustration. In some cases, Plaintiffs received quick, too late to no resolution. (Exhibit F correspondence).

- According to "Workday" (Exhibit D time clock statement) Emergency Dispatcher Fenner (Exhibit E) earning statements.

Plaintiffs using Emergency Dispatcher Fenner correspondence (Exhibit F) started to utilize systems in place from defendants' procedures "Workday" Pay adjustment forms and other contact information with reference to payroll discrepancies around January 21, 2021, and continued thru December 2022.

Plaintiffs attempted to formally and informally receive compensation for all employees similarly situated to no avail. As such plaintiff assert that defendants are in violation of the FLSA 29 U.S.C § 201 et seq, because defendants have failed to compensate Plaintiffs at an overtime rate of no less than one and one-half times plaintiffs' regular rate of pay. 29 U.S.C § 207 (a) (1): (a) (2) C. Defendants and Union were made aware of violations and continue to willfully refuse to comply with the FLSA.

**II.**    **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

■  Federal question                    □  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.**    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Respectfully, see attached _____

_____

_____

**B.**    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

## II.    *Basis for Jurisdiction.*

Plaintiffs believe that this honorable court has jurisdiction over plaintiffs claim pursuant to 28 U.S.C § 1331, as the claims arise under the Fair Labor Standard Act (FLSA), codified at 29 U.S.C § 201 et seq, and Code of Federal Regulations, specifically 29 C.F.R 778.415.

Plaintiffs also assert that pursuant to 28 U.S.C § 1391, this is the proper venue because all defendants are residents of the State of Maryland and the acts and omissions giving rise to plaintiffs' claims occurred and continues to occur in the State of Maryland, specifically Baltimore City.

Plaintiffs' claims along with those of similarly situated individuals, constitute a well-defined community of interest in their respective questions of law and fact. These questions include whether defendants failed to fully compensate plaintiffs for all overtime hours worked at the correct rate of time and one- half, which encompasses compensatory time, double-time, shift differential, overtime and other employee benefits.

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of
        the State of *(name)* _____. *Or* is a citizen of
        *(foreign nation)* _____.

    b.    If the defendant is a corporation

        The defendant, *(name)* _____, is
        incorporated under the laws of the State of *(name)*
        _____, and has its principal place of
        business in the State of *(name)* _____. *Or* is
        incorporated under the laws of *(foreign nation)*
        _____, and has its principal place of
        business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

    The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

    Respectfully see attached _____

    _____

    _____

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MARYLAND

**The Amount in Controversy**

The amount the plaintiffs claim the defendants owe, or the amount at stake, exceeds $75,000, exclusive of interest and court cost. This substantial amount is due to the necessity of conducting an independent audit of all affected employees. The audit must account for the extended duration of the violations and the complexity arising from various pay rates. These include wage increases, seniority, double-time, shift differential, overtime, compensatory time, retroactive pay, and other related factors.

**III.**    **Statement of Claim**

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Respectfully, see attached.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

### III. STATEMENT of CLAIM

Plaintiffs allege violations of the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201, et seq and Code of Federal Regulations 29 C.F.R, 778.415.  Plaintiffs contend that the defendants did not fully compensate plaintiffs for all overtime hours worked.

Plaintiffs' claims and those similarly situated, depend on a demonstrating defendants' acts and omissions did give rise to plaintiffs' right to the relief looked for. Plaintiffs' claims against defendants are brought as a collective action, on their own behalf and on behalf of all others similarly situated, under provisions 29 U.S.C. § 216 for damages, a three –year statute of limitations, and relief incident and subordinate, including cost and attorney fees.

Plaintiffs allege that defendants have incorrectly calculated their overtime wages by using the wrong hours worked figure as the denominator in computing the regular rate of pay.

Plaintiffs also claim that that defendant did not include shift differential compensation, double-time, holiday pay, and other benefits in the calculation of overtime compensation at time and one- half. This includes, but is not limited to,

being engaged to wait while receiving assignments/direction from supervisors, which is also compensable time under FLSA.

Plaintiffs further allege that defendants did not include benefit payments in computing plaintiffs' regular rate of pay. Plaintiffs further allege that defendants retaliated against plaintiffs for pursuing their unpaid overtime wages.

 Central to plaintiff's' claims are three Memoranda of Understanding (MOUs) that cover the years 2020/21, 2022/23, and 2024/25, as they pertain to wages and schedules of covered employees.

Central to plaintiffs' claims are three memoranda of understanding that cover the years of 20/21, 22/23, and 24/25 because they pertain to wages and schedules of covered employees such as Baltimore Police Emergency Dispatchers and other that are covered, including the Bureau of Recreation, Department of Public Works, Crime Lab, and other similar situated employees.

**IV.**    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Respectfully, see attached

7

# IN THE UNITED STATES DISTRICT COURT Rule 23
# FOR THE DISTRICT OF MARYLAND

## IV. RELIEF

Plaintiffs request that this honorable court certify them as a collective class pursuant to 29 U.S.C § 216 (b) and federal Rules of Civil Procedure Rule 23. This certification is sought to include all similarly situated employees who have been affected by the defendants; alleged violations of the Fair labor Standards Act (FLSA). To support this request, plaintiffs assert the following:

Plaintiffs included a Motion for Conditional Class Certification FLSA Collective Action.

- Commonality: there are questions of law and fact common to the class, including whether the defendants failed to pay overtime wages and maintain accurate records as required by the FLSA.
- Numerosity: The class is so numerous that joinder of all members is impracticable. The exact number of class members will be determined through discovery, but it is believed to be substantial (*see attached parties to compliant).*

- Typicality: The claims of the named plaintiffs are typical of the claims of the class, as all members have been subjected to the same unlawful practices by the defendants.

- Adequacy: the named plaintiffs will fairly and adequately protect the interest of the class. They have no conflicts of interest with other class members and are represented by the lead plaintiff on behalf of all similarly situated employees.

Plaintiffs request that this honorable court declare that the defendants' actions are in violation of the Fair Labor Standard Act (FLSA), 29 U.S.C § 201 et seq. Specifically, the plaintiffs assert that the defendants have deprived them and all future pot-in plaintiffs of their rights, protections, and entitlements under FLSA by:

- Failing to pay Overtime Wages: Defendants have not compensated employees for all overtime work at the rate of one and one-half times their regular rate of pay as required by 29 U.S.C § 207.

- Inadequate Record Keeping: Defendants have failed to maintain accurate records of hours worked by employees, in violation of 29 U.S.C § 211 c.

- Retaliatory Actions: Defendants have engaged in retaliatory actions against employees who have asserted their rights under the FLSA, contrary to 29 U.S.C § 215 (a) (3).

Plaintiffs request that this court recognize these violations and provide appropriate relief to ensure that all affected employees receive the protections and entitlements guaranteed by the FLSA, award them and all future opt-in plaintiffs' damages pursuant to 29 U.S.C § 216, including but not limited to:

- Unpaid Overtime/ Interest: Compensation for all unpaid overtime wages owed to the plaintiffs, calculated at one and one- half times their regular rate of pay. Interest on the unpaid overtime wages, calculated from date wages were due until the date of payment.

- Liquidated Danages/Equitable Relief: An amount equal to the unpaid overtime wages as liquidated damages, as provided under 29 U.S.C § 216 (b)., and any other equitable relief the court deems just and proper, such as requiring the defendants to implement policies and practices to ensure future compliance with the FLSA.

- Attorneys' Fees and Cost: Reasonable attorneys' fees and cost of the action, as provided under 29 U.S.C § 216 (b).

- Joint and Several Liability: A judgement against the defendants jointly and severally, holding each defendant responsible for the full amount of damages awarded.

Plaintiffs request that this honorable court appoint an independent forensic accountant to calculate the total amount of money, compensable time and other

benefits owed to the plaintiffs. This appointment is necessary to ensure an accurate and impartial assessment of the damages due to the plaintiffs. Additionally, plaintiffs request that the court consider appointing an employment lawyer to assist in this process. The employment lawyer would provide expertise in interpreting employment laws and regulations, ensuring that all calculations and assessment are conducted in accordance with the Fair Labor Standards Act and other relevant laws and regulations. These appointments will help ensure that all affected employees receive the full compensation and protections to which they are entitled.

**V.**   **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.**   **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _9-20_, 20_24_

Signature of Plaintiff _____

Printed Name of Plaintiff _HEIDI BOYD_____

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

**B.**   **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

Telephone Number _____

Email Address _____

**V.**    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.**    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _9-20_ , 20_24_

Signature of Plaintiff    _M. Bradley_

Printed Name of Plaintiff    _Minyet Bradley_

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

**B.**    **For Attorneys**

Date of signing: _____ , 20__ .

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

Telephone Number    _____

Email Address    _____

**V.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _9-20_ , 20_24_

Signature of Plaintiff _Denise Brown_

Printed Name of Plaintiff _Denise Brown_

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

**B.    For Attorneys**

Date of signing: _____ , 20__.

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

Telephone Number _____

Email Address _____

**V.**    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.**    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _9 - 20_ , 20_24_

Signature of Plaintiff    _Jasmine Burrell_

Printed Name of Plaintiff    _Jasmine Burrell_

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

**B.**    **For Attorneys**

Date of signing: _____ , 20__.

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

Telephone Number    _____

Email Address    _____

**V.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _9-20_, 20_24_

Signature of Plaintiff _Teara Davis T944_
Printed Name of Plaintiff _Teara Davis_

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

**B.     For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney        _____
Printed Name of Attorney    _____
Bar Number                  _____
Name of Law Firm            _____
Address                     _____
Telephone Number            _____
Email Address               _____

**V.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _9 - 20_ , 20_24_

Signature of Plaintiff    _____

Printed Name of Plaintiff    _____DARYL Dinkins____

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

**B.    For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

Telephone Number    _____

Email Address    _____

**V.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    9 20    , 20 24

Signature of Plaintiff

Printed Name of Plaintiff    Dominick Dix

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

**B.     For Attorneys**

Date of signing:    , 20   .

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

Telephone Number

Email Address

**V.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _9 -20__, 20_14_

Signature of Plaintiff _____

Printed Name of Plaintiff _Derrick K Evans_____

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

**B.    For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney        _____
Printed Name of Attorney    _____
Bar Number                  _____
Name of Law Firm            _____
Address                     _____
Telephone Number            _____
Email Address               _____

8

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _9-20_, 20_24_

Signature of Plaintiff _Charles Fenner_

Printed Name of Plaintiff _Charles Fenner_

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.    For Attorneys

Date of signing: _____, 20__.

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

Telephone Number    _____

Email Address    _____

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  _9 - 20_ , 20 _24_

Signature of Plaintiff  _[signature]_

Printed Name of Plaintiff  _CHRISTOPHER GRAHAM_

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.    For Attorneys

Date of signing:  _____ , 20 __.

Signature of Attorney  _____

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____

Address  _____

Telephone Number  _____

Email Address  _____

**V.** | **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.** | **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _9 - 20_ , 20 _24_

Signature of Plaintiff    _Keyana Griffin_

Printed Name of Plaintiff    _KEYANA GRIFFIN_

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

**B.** | **For Attorneys**

Date of signing: _____ , 20__ .

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

Telephone Number    _____

Email Address    _____

8

**V.** **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.** **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _5-20_, 20_24_

Signature of Plaintiff _Tracy Hall_

Printed Name of Plaintiff _Tracy Hall_

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

**B.** **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

Telephone Number _____

Email Address _____

8

**V.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _9 - 20_ , 20_24_

Signature of Plaintiff _____

Printed Name of Plaintiff _Quantira Jones_____

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

**B.    For Attorneys**

Date of signing: _____ , 20__.

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

Telephone Number _____

Email Address _____

8

**V.** **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.** **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _9 -20___, 20_24_

Signature of Plaintiff _____

Printed Name of Plaintiff _Robert Lewis_____

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

**B.** **For Attorneys**

Date of signing: _____, 20___.

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

Telephone Number _____

Email Address _____

**V.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an
improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the
cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for
extending, modifying, or reversing existing law; (3) the factual contentions have
evidentiary support or, if specifically so identified, will likely have evidentiary support
after a reasonable opportunity for further investigation or discovery; and (4) the
complaint otherwise complies with the requirements of Rule 11.

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-
related papers may be served.  I understand that my failure to keep a current
address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  _9.- 20_ , 20_24_

Signature of Plaintiff     _Mobutu Al-Joshu_
Printed Name of Plaintiff   _Mobutu Longshore_

*(If more than one plaintiff is named in the complaint, attach an additional
certification and signature page for each additional plaintiff.)*

**B.     For Attorneys**

Date of signing:  _____ , 20__ .

Signature of Attorney        _____
Printed Name of Attorney     _____
Bar Number                   _____
Name of Law Firm             _____
Address                      _____
Telephone Number             _____
Email Address                _____

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  _5-20_ , 20_24_

Signature of Plaintiff    _____

Printed Name of Plaintiff    _____Tijuana McCoy_____

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.    For Attorneys

Date of signing: _____, 20__.

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

Telephone Number    _____

Email Address    _____

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _9-20_____, 20_24_

Signature of Plaintiff    _Tyrese Moore_____

Printed Name of Plaintiff    _Tyrese Moore_____

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.    For Attorneys

Date of signing: _____, 20__.

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

Telephone Number    _____

Email Address    _____

## V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __7-20__, 20__24__

Signature of Plaintiff _____

Printed Name of Plaintiff _____

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.  For Attorneys

Date of signing: _____, 20__.

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

Telephone Number _____

Email Address _____

8

**V.**   **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.**   **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  9 - 20, 2024

Signature of Plaintiff   _Kellye Rawlings_

Printed Name of Plaintiff   _KELLYE RAWLINGS_

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

**B.**   **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Address   _____

Telephone Number   _____

Email Address   _____

8

**V.** | **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.** | **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _5 - 20_, 20 _24_

Signature of Plaintiff _Robin Reed_
Printed Name of Plaintiff _Robin Reed_

> *(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

**B.** | **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
Telephone Number _____
Email Address _____

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: ___9-20___, 20_24_

Signature of Plaintiff    _Chanae Rodgers_

Printed Name of Plaintiff    _Chanae Rodgers_

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.    For Attorneys

Date of signing: _____, 20__.

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

Telephone Number    _____

Email Address    _____

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _9 - 20_, 20_24_

Signature of Plaintiff _____

Printed Name of Plaintiff _Sheena Scott_

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.    For Attorneys

Date of signing: _____, 20__.

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

Telephone Number _____

Email Address _____

**V.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _9 - 20_ , 20_24_ :

Signature of Plaintiff _Markita Smith_

Printed Name of Plaintiff _Markita Smith_

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

**B.    For Attorneys**

Date of signing: _____ , 20__ .

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

Telephone Number    _____

Email Address    _____

**V.**    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.**    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  *9 - 20*  , 20 *24*

Signature of Plaintiff    *DIKESHA WOMACK*

Printed Name of Plaintiff    *Dikesha Womack*

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

**B.**    **For Attorneys**

Date of signing: _____ , 20__ .

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

Telephone Number    _____

Email Address    _____